IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 09-cr-00088-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERTO OMAR HERNANDEZ-RAMIREZ,

    Defendant.

---

**ORDER**

---

    A Notice of Disposition was filed in the above matter on April 7, 2009.

    IT IS ORDERED that the Final Trial Preparation Conference, set for April 23, 2009, and the three-day jury trial in this matter, set to commence May 6, 2009, are VACATED.

    IT IS FURTHER ORDERED that the parties shall confer and contact chambers no later than 4:00 p.m. on Friday, April 10, 2009, at 303-844-3800 to schedule this matter for a Change of Plea Hearing.

    DATED: April 8, 2009.

                                                      BY THE COURT:

                                                      *s/ David M. Ebel*

                                                      _____
                                                      David M. Ebel
                                                      United States Circuit Judge