IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  09-cr-00088-DME

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ALBERTO OMAR HERNANDEZ-RAMIREZ,

     Defendant.

---

### ORDER SETTING CHANGE OF PLEA HEARING
---

     A Change of Plea hearing for Defendant Alberto Omar Hernandez-Ramirez is set for **May 26, 2009,** at **10:00 a.m.  Counsel shall deliver courtesy copies of the "Statement by Defendant in Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on May 21, 2009.**  <u>If these documents are not timely submitted, the hearing will be vacated.</u>  **In addition, <u>the original and one copy</u> of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u> (**see D.C.COLO.LCrR 11.1F**).**

     DATED: April 9, 2009

                               BY THE COURT:

                               *s/ David M. Ebel*

                               _____

                               David M. Ebel
                               United States Circuit Judge